**BROCK JOHNSON**,                                              Case No. 09-44215-PJS
Chapter 13
Debtor.               Honorable **Phillip J. Shefferly**
_____/

**BROCK JOHNSON**,

                               Plaintiff,                 Adversary Proceeding
vs.                                                                          No. 09-04860-PJS

**STERLING COAST TO COAST FINANCIAL GROUP, INC.**,
a California Corporation, **MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.**, a Delaware Corporation,
**IRWIN HOME EQUITY CORPORATION**,
an Indiana Corporation, and
**IRWIN UNION BANK AND TRUST COMPANY**,
an Indiana Corporation, jointly and severally,

                         Defendants.
_____/

## PROOF OF SERVICE

       I certify under penalty of perjury that on June 17, 2009, I served copies of the following document(s) filed in the above captioned case:

1. **SUMMONS IN AN ADVERSARY PROCEEDING**

2. **COMPLAINT TO DETERMINE THE VALUE AND EXTENT OF THE JUNIOR MORTGAGE LIEN OF STERLING COAST TO COAST FINANCIAL GROUP, INC., ET. AL.** (dated May 19, 2009)
along with any and all exhibits and/or attachments

also upon the following interested party for Mortgage Electronic Registration Systems, Inc., by certified first class mail with fully prepaid postage and return receipt request affixed thereto:

       R.K. Arnold, CEO
       Mortgage Electronic Registration System, Inc.
       1818 Library Street, Suite 300
       Reston, VA 20190


Dated: June 17, 2009                                                  */s/ Stephanie A. Best*
                                                                        _____
                                                                        **Stephanie A. Best, Legal Assistant**
                                                                        **Firebaugh & Andrews, P.L.L.C.**
                                                                        **Attorney(s) for Debtor(s)**
                                                                        **38545 Ford Road, Suite 104**
                                                                        **Westland, MI 48185**
                                                                        **(734) 722-2999**